111 F.3d 134
 NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Jesse SANDERS, Defendant-Appellant.
 No. 96-2430.
 United States Court of Appeals, Seventh Circuit.
 Submitted Feb. 11, 1997.*
Decided Feb. 20, 1997.
 
 Before CUMMINGS, EASTERBROOK and MANION, Circuit Judges.
 
 Order
 
 1
 On the authority of United States v. Smith, 103 F.3d 531 (7th Cir.1996), the judgment is
 
 
 2
 AFFIRMED.
 
 
 
 *
 This successive appeal has been submitted to the original panel, which after an examination of the briefs and the record concluded that oral argument is unnecessary. See Fed.R.App.P. 34(a); Cir.R. 34(f)